**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**IN THE MATTER OF**
**MICHAEL C. WILLIAMS**                                    **CRIMINAL NO.: 2:11CR053-WAP-DAS**

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and

Recommendation of the United States Magistrate Judge dated May 3, 2011, was on that date

duly served upon the parties; that more than fourteen days have elapsed since service of said

Report and Recommendation; and that no objection thereto has been filed or served by any party.

The Court is of the opinion that the magistrate judge's Report and Recommendation should be

approved and adopted as the opinion of the Court.  It is, therefore

**ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated

May 3, 2011, is hereby approved and adopted as the opinion of the Court.

2.  That this cause is hereby **REMANDED** to the Municipal Court of Bolivar County,

Mississippi.

**THIS**, the 24th  day of May, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE